No. 10,429.

KEISER v. THE STATE.

From the Henry Circuit Court.

*D. W. Chambers* and *J. S. Hedges,* for appellant.

*D. P. Baldwin,* Attorney General, and *L. P. Newby,* Prosecuting Attorney, for the State.

WORDEN, J.—This was a prosecution against Keiser for selling intoxicating liquor to one Charles Lowe by a less quantity than a quart at a time, without a license.

The case is quite similar to that of the same appellant against the State, *Keiser* v. *State, ante,* p. 379, and the charge was similar to the one given in that case. For the reason given in that case the judgment herein must be reversed.

The judgment below is reversed, and the cause remanded for a new trial.